In the Matter of the Claim of DOMINICK POVEROMO, Respondent, against J. H. TAYLOR et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 14, 1950; decided May 18, 1950.

*Bernard Katzen, General Attorney (Victor Fiddler* and *George J. Hayes* of counsel), for State Insurance Fund and another, appellants.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.